BENJAMIN K. TAKENAKA, Respondent, *v.* BANKERS TRUST COMPANY, Appellant.

(Submitted May 2, 1929; decided May 28, 1929.)

*William J. McArthur* for appellant.

*Alfred W. Andrews* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.